**Order entered December 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00467-CR
No. 05-20-00468-CR
No. 05-20-00469-CR
No. 05-20-00470-CR
No. 05-20-00472-CR
No. 05-20-00473-CR
No. 05-20-00474-CR
No. 05-20-00475-CR

**ADRIAN DEVONTA ELLISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-33127-L, F08-51957-L, F10-23982-L,**
**F19-00064-L, F19-40183-L, F19-40182-L, F19-40184-L & F08-11942-L**

**ORDER**

We **REINSTATE** these appeals.

We abated because appellant's brief was past due. On December 15, 2020,

appellant filed his brief along with a motion for an extension of time to file his

brief. Because the trial court has not scheduled or held a hearing and in the interest of expediting these appeals, we **VACATE** our October 5, 2020 order to the extent it ordered a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief filed as of the date of this order. The State's brief is due by **January 19, 2021**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; to John Daniel Oliphant Jr.; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE